IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

AARON ELI FRANKLIN,                          *
                                             *
        Plaintiff,                           *
                                             *
   v.                                        *        CV 323-030
                                             *
GEORGIA DEPARTMENT OF CORRECTIONS,           *
                                             *
        Defendant.                           *

---

**O R D E R**

---

On April 17, 2023, the Court issued a Show Cause Order in the captioned matter, directing Plaintiff's attorney, Macklyn A. Smith, Sr., to explain why he had not complied with the Court's removal notice of March 30, 2023.  Mr. Smith has failed to do so.

Plaintiff Aaron Eli Franklin is hereby notified that he must represent himself in this case; that is, Plaintiff is now proceeding pro se.  Plaintiff is also notified that Defendant has filed a motion for judgment on the pleadings, to which no response has been filed.

In light of the present circumstances, the Court extends the deadline to file a response to the motion for judgment on the pleadings to Friday, May 12, 2023.  Should no response be filed by that date, the Court will consider the motion for judgment on the pleadings to be unopposed and will grant the motion.  See Loc. R. 7.5, S.D. Ga.

The Clerk of Court is directed to mail a copy of this Order to Macklyn A. Smith, Sr., Post Office Box 742, Lawrenceville, GA 30046.[1]

**ORDER ENTERED** at Augusta, Georgia this 26th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice that Plaintiff was released from the custody of the Georgia Department of Corrections on February 27, 2023. The Court does not have his forwarding address. It is the duty of Plaintiff to keep the Court apprised of any change of address. Failure to do so may result in dismissal of the case.